# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CR327 |
| vs. | ) | ORDER |
| JESUS TREVINO-ROMO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue trial by defendant Jesus Trevino-Romo (Trevino-Romo) (Filing No. 34). Trevino-Romo seeks a continuance of the trial scheduled for February 22, 2016. Trevino-Romo's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Trevino-Romo's motion to continue trial (Filing No. 34) is granted.

2. Trial of this matter is re-scheduled for **March 28, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **February 17, 2016, and March 28, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 17th day of February, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge