IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:15CR327 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JESUS TREVINO-ROMO, | |
| Defendant. | |

This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 36). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Dismiss Forfeiture Allegation is hereby sustained.

2. The Forfeiture Allegation of the Indictment is hereby dismissed.

Dated this 22nd day of March, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge